# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NICOLE A. CEFALU

NO. 2019 KW 1465

FEB 1 0 2020

---

In Re:     Nicole A. Cefalu, applying for supervisory writs, Hammond City Court, Parish of Tangipahoa, No. 2018-K-1280.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED** for the limited purpose of remanding to the city court for the entry of a request for a writ application to the district court.  Relator has been charged with violating a city statute and is seeking review of a judgment in a criminal case pending before a city court.  La. Const. art. V, § 16(B); La. R.S. 13:1896(B).  Accordingly, the city court is directed to treat relator's request for review of the ruling on the motion to prohibit introduction of evidence as a request to file a writ application in the district court.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT